An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

LEONARD THOMAS HUNT,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
STEFANY MILEY, DISTRICT JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 65380

FILED

APR 1 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus or prohibition challenges a district court decision denying a motion to quash an indictment based on the State's failure to provide petitioner with notice that his indictment was being considered by a grand jury, as required by NRS 172.241(2). We conclude that our intervention is not warranted for two reasons. First, petitioner has not provided this court with an appendix containing any parts of the record before the respondent judge that may be essential to understand the matters set forth in the petition as required by NRAP 21(a)(4). Second, based on the representations in the petition, the State complied with NRS 172.241(2). Petitioner represents that the State faxed the required notice to petitioner's counsel. Contrary to petitioner's summary assertion, this court has held that service of the grand jury notice via facsimile transmission to a defendant's counsel satisfies the statutory notice requirement. *Davis v. Eighth*

14-11900

*Judicial Dist. Court*, 129 Nev. ___, 294 P.3d 415 (2013).  For these reasons, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Saitta

cc:   Hon. Stefany Miley, District Judge
      Cannon & Tannery
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk